UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY CHEN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No. 22-cv-07304-AMO (LJC)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 92 |

This action is currently scheduled for a settlement conference on June 24, 2025. Pro se Plaintiffs shall appear for a Zoom status conference with the undersigned at 11:00 am on June 16, 2025. Plaintiffs shall use the settlement conference link at https://cand.uscourts.gov/judges/lisa-j-cisneros-ljc/.

**IT IS SO ORDERED.**

Dated: June 13, 2025

                                                     LISA J. CISNEROS
                                                     United States Magistrate Judge